# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                       No. 4:15CR00190-02 JLH

VERNAL ROOSEVELT GILLESPIE                                                                  DEFENDANT

## ORDER

The United States' motion to dismiss indictment as to Vernal Roosevelt Gillespie is GRANTED. Document #32. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the indictment as to Vernal Roosevelt Gillespie is hereby dismissed without prejudice.

IT IS SO ORDERED this 22nd day of February, 2016.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE